**Gmail**

Marc Bernhardt <marcnbernhardt@gmail.com>

3/7

# UNITED STATES DISTRICT COURT
1 message

Marc Bernhardt <marcnbernhardt@gmail.com>       Wed, Oct 8, 2025 at 12:12 PM
To: Marc <marcnbernhardt@gmail.com>

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**BOSTON DIVISION**

John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210
Fax: (617) 748-9122

———

**MARC NICHOLAUS BERNHARDT**
44 Bridge Road
Salisbury, MA 01952
Phone: (978) 880-0302
Email: marcnbernhardt@gmail.com
*Plaintiff, pro se*

v.

**DAN ELLIS**, Intimate Partner Program
1715 Broadway
Saugus, MA 01906

**JEN SWEENEY**, Probation Officer,
Essex County Probation Department
56 Federal Street
Salem, MA 01970

*Defendants.*

———

**CIVIL RIGHTS COMPLAINT AND EMERGENCY MOTION FOR INJUNCTIVE RELIEF**

*(Filed under 42 U.S.C. § 1983, 28 U.S.C. §§ 1343 & 2201)*

———

### 1. Jurisdiction and Venue

This action arises under the U.S. Constitution and 42 U.S.C. § 1983. Jurisdiction is proper pursuant to 28 U.S.C. §§ 1331 and 1343 because Defendants acted under color of state law within the Commonwealth of Massachusetts. Venue is proper in this District under 28 U.S.C. § 1391(b), as all events occurred in Essex County, Massachusetts.

———

### 2. Parties

• **Plaintiff:** Marc Nicholaus Bernhardt, Salisbury MA resident, former criminal defendant now on probation, diagnosed with PTSD, anxiety, and cognitive impairments.



- **Defendant Dan Ellis:** Program Director, Intimate Partner Program (IPP), 1715 Broadway Saugus MA 01906.

- **Defendant Jen Sweeney:** Essex County Probation Officer, 56 Federal Street, Salem MA 01970.

- **John/Jane Does 1–5:** Unknown state or DPH officials complicit in coordination or retaliation.

———

### 3. Statement of Facts

1. Plaintiff successfully overcame a prior wrongful probation violation that was later **withdrawn** after proof of compliance and innocence.

2. Following that withdrawal, **Defendants initiated new retaliatory actions**, including scheduling an unannounced meeting on **Thursday, October 9 2025 at 10:00 AM** and threatening to jail Plaintiff if he refuses enrollment in another "Intimate Partner Program."

3. Plaintiff is the legal **Health Care Proxy and Durable POA** for his father, **Nicholas M. Bernhardt**, who is presently hospitalized at Addison Gilbert Hospital with *C. difficile bacteremia* (VA OIG Case # 2025-03663-HL-1086).

4. The timing of the new violation coincides with Plaintiff's formal **FBI Civil Rights** and **VA OIG complaints**, constituting retaliation for protected activity.

5. Defendants' conduct has worsened Plaintiff's PTSD and interfered with his statutory rights under the **Americans with Disabilities Act** and **Rehabilitation Act** to reasonable accommodation and freedom from harassment.

6. Plaintiff has been transparent and compliant, yet is treated as "non-compliant" based on fabricated narratives.

7. Plaintiff fears imminent, unjust incarceration, which would prevent him from continuing to advocate for his father's urgent medical care and ongoing federal investigation.

———

### 4. Causes of Action

**Count I – First Amendment Retaliation**
Defendants retaliated against Plaintiff for exercising his right to petition and file government complaints.

**Count II – Fourteenth Amendment Due Process Violation**

Defendants used coercion and fabricated grounds to threaten incarceration without a valid hearing.

**Count III – ADA Title II Violation (42 U.S.C. § 12132)**

Probation and program officials failed to accommodate Plaintiff's disabilities and instead weaponized his mental-health history.

**Count IV – Abuse of Authority Under Color of State Law**

Defendants acted jointly to harass and intimidate Plaintiff, exceeding lawful authority and causing irreparable harm.

———

### 5. Relief Requested

Plaintiff respectfully requests that this Court:

1. **Issue an Immediate Temporary Restraining Order (TRO)** preventing Defendants from arresting, detaining, or punishing Plaintiff pending review;

2. **Enjoin any new probation-violation proceedings** until an impartial federal review is complete;

3. Order the Massachusetts Probation Department and IPP to cease all retaliatory actions;

4. Mandate compliance with ADA protections and communication accommodations;

5. Retain jurisdiction to monitor enforcement;

6. Grant such further relief as the Court deems just and proper.

———

**6. Verification**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: October 8, 2025

/s/ Marc Nicholaus Bernhardt
Marc Nicholaus Bernhardt
44 Bridge Road, Salisbury MA 01952
(978) 880-0302 marcnbernhardt@gmail.com

———

**EXHIBIT LIST - Supplied later filing -**

Sent from my iPhone

Photo of my father

VA-oig accept.

The timing of such threat of violation
is in retaliation for me simply stating
I was seeking to Vacate the RO my ex wife
has against me. MARK Davis kicked me out
of the class. Dan Ellis is pushing this though.

Seeking emergency TRO - upon investigation and
determination. I choose not
to disclose further information

Please communicate to Salem Superior Court for my
10AM "Meeting" with probation

                    Thank you
                    Marc Bernh.