**Gmail**  Marc Bernhardt <marcnbernhardt@gmail.com>

# COVER LETTER – EMERGENCY CIVIL RIGHTS FILING
1 message

**Marc Bernhardt** <marcnbernhardt@gmail.com>  Wed, Oct 8, 2025 at 12:16 PM
To: Marc <marcnbernhardt@gmail.com>

**COVER LETTER – EMERGENCY CIVIL RIGHTS FILING**

Date: October 8, 2025

**To:**
Clerk of Court
U.S. District Court – District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210
Fax: (617) 748-9122

**From:**
Marc Nicholaus Bernhardt
44 Bridge Road
Salisbury, MA 01952
Phone: (978) 880-0302
Email: marcnbernhardt@gmail.com

**Re:** *Emergency Civil Rights Complaint and Motion for Injunctive Relief*
(*Bernhardt v. Ellis et al.* – Probation/IPP Retaliation and ADA Interference)

---

**Dear Clerk of Court,**

Please find attached my *Civil Rights Complaint and Emergency Motion for Injunctive Relief* filed under **42 U.S.C. § 1983** and **28 U.S.C. § 1343**, naming **Dan Ellis (Intimate Partner Program, Saugus MA)** and **Probation Officer Jen Sweeney (Essex County Probation Department, Salem MA)** as defendants.

This filing seeks immediate federal protection and injunctive relief against a **retaliatory second probation-violation action scheduled for tomorrow, October 9, 2025 at 10:00 AM** in Salem Superior Court. I respectfully request that this matter be **routed to the duty judge for emergency review tonight or first thing tomorrow morning** before that proceeding occurs.

Attached exhibits include my **VA-OIG case confirmation (Case #2025-03663-HL-1086)**, relevant text communications, and evidence of ongoing retaliation and ADA interference. My father, a veteran under my legal Health-Care Proxy, remains hospitalized in critical condition, and the threatened violation would prevent me from assisting in his care or participating in ongoing federal investigations.

I am filing pro se and requesting that this faxed submission be docketed immediately and a case number assigned upon receipt. Please contact me by phone or email if any additional information or notarization is required for filing.

Thank you for your prompt attention to this urgent matter.

Sincerely,
/s/ Marc Nicholaus Bernhardt
Marc Nicholaus Bernhardt
44 Bridge Road
Salisbury, MA 01952
Phone: (978) 880-0302
Email: marcnbernhardt@gmail.com

*I am indigent I will inform superior court of this filing to protect my Father and Myself*

Attached Exhibits -

2/7

VA - OIG Investigation Acknowledgement
Photo of Nicholas Bernhardt - Father - Son HCP / Advocate Support - Unfair Targeting Retaliation Father Son DPH - Dan Ellis.

Sent from my iPhone