

1 7 pages.



7:56

2 Messages

VAOIG Hotline <Do Not Reply>   Thursday
To: Marc Bernhardt

**VA OIG Hotline**

Dear Marc Bernhardt:

The U.S. Department of Veterans Affairs Office of Inspector General (OIG) has opened a case based on a review of the information you reported to our office on 4/22/2025. The case number assigned is **2025- 03663-HL-1086**.

Now that we have opened a case, our office will review the issues you reported, or ask an impartial VA official to conduct the review. If we ask another VA office to conduct the review, we will ensure the reviewer fully examines the issues before closing the case. Please be advised that once a case is opened, we cannot discuss its progress.

We will contact you again only if we need more information. Otherwise, we will notify you when the case is closed. Thank you for contacting the VA OIG Hotline.

Sincerely,

George, RP#13
VA OIG Hotline