# UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT

**DISTRICT OF MASSACHUSETTS**
**John Joseph Moakley U.S. Courthouse**
1 Courthouse Way, Suite 2300
Boston, MA 02210

———

**Marc Nicholaus Bernhardt, Plaintiff**

v.

**Dan Ellis, Jen Sweeney, James Klotz, TD Bank, Kelly Noyes (deceased), John Doe(s) 1–5, and Jane Doe(s) 1–5, Defendants**

**Case No. 1:25-cv-12969-RGS**

———

## STATEMENT OF PURPOSE

*(Filed October 15, 2025)*

This filing serves as both a **notice of indigency** and a **formal request for protection and time to prepare my case.**

I am currently indigent, without income, and under extreme financial hardship. I respectfully ask this Court to allow me sufficient time to organize and present my documentation, including medical and psychological records related to my disability and post-traumatic stress disorder.

I am seeking protection from ongoing retaliation, fabricated probation allegations, and intimidation by individuals connected to the Intimate Partners Program, probation office, and affiliated agencies.

These events have caused lasting harm to my health, finances, and constitutional rights. I also respectfully request protection from further retaliation while this matter is under review and coordination with the **FBI Civil Rights Division**, where a parallel complaint remains pending.

**Respectfully submitted,**
**/s/ Marc Nicholaus Bernhardt**
44 Bridge Road
Salisbury, MA 01952
Phone: 978-880-0302
Email: marcnbernhardt@gmail.com
Date: **October 15, 2025**