# CERTIFICATE OF SERVICE (BY U.S. MARSHAL PER IFP STATUS)

Oct 15, 2025

**CERTIFICATE OF SERVICE (BY U.S. MARSHAL PER IFP STATUS)**

I, Marc Nicholaus Bernhardt, certify under penalty of perjury that pursuant to 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3), I am proceeding *in forma pauperis* and that all service of process shall be completed by the United States Marshal's Service at no cost to me. This filing is mailed only to the Clerk of Court for transmittal to the Marshal for service upon the defendants named and any John or Jane Doe parties once identified.

Executed on October 15 2025 in Salisbury, Massachusetts.

*[signature]*
Marc Nicholaus Bernhardt
44 Bridge Road | Salisbury MA 01952
Phone 978-880-0302 | marcnbernhardt@gmail.com