# Marc Nicholaus Bernhardt - RE: Filing of Notice of Indigency and Supplemental Statement of Facts – Bernhardt v. Ellis et al. (Case No. 1:25-cv-12969-RGS)

Oct 15, 2025

**Marc Nicholaus Bernhardt**

44 Bridge Road
Salisbury, MA 01952
Phone: 978-880-0302
Email: marcnbernhardt@gmail.com

**October 15, 2025**

**Clerk of Court**
United States District Court – District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210



---

RE: Filing of Notice of Indigency and Supplemental Statement of Facts – Bernhardt v. Ellis et al. (Case No. 1:25-cv-12969-RGS)

Dear Clerk of Court,

Please accept the enclosed filing titled **"Notice of Indigency and Supplemental Statement of Facts with Request for Emergency Relief."**
This filing is submitted **pro se** (without counsel) by me, **Marc Nicholaus Bernhardt**, in the above-referenced matter. I am indigent and respectfully request that all filing fees be waived and that service of process be carried out by the U.S. Marshal in accordance with 28 U.S.C. § 1915.

The packet includes:

1. Cover Letter (this page)

2. Notice of Indigency and Supplemental Statement of Facts (with Request for Emergency Relief)

3. Exhibits or supporting materials, if applicable

Please docket this submission as part of Case No. 1:25-cv-12969-RGS.
If there are any issues requiring clarification, I can be reached at the contact information above.

Thank you for your time and assistance.

*[signature]*

Respectfully,

**Marc Nicholaus Bernhardt**

1/10