# UNITED STATES DISTRICT COURT

Oct 15, 2025

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210



---

Marc Nicholaus Bernhardt, Plaintiff

v.

Dan Ellis, Jen Sweeney, James Klotz, TD Bank, Kelly Noyes (deceased), John Doe(s) 1–5, and Jane Doe(s) 1–5, Defendants

Case No. 1:25-cv-12969-RGS

---

## REQUEST FOR EMERGENCY RELIEF

*(Filed October 15, 2025)*

To the Honorable Court:

I respectfully request immediate **federal protection and injunctive relief** from ongoing retaliation, coercion, and bias related to my prior probation supervision and participation in the Intimate Partners Program (IPP) overseen by **Dan Ellis**.

I have fully complied with all conditions of probation and all lawful directives, yet I continue to face retaliatory behavior, fabricated allegations, and manipulative administrative actions. These actions appear designed to intimidate, silence, and discredit me following my attempts to expose elder financial abuse, civil rights violations, and attorney misconduct connected to **Kelly Noyes, TD Bank**, and **Attorney James Klotz**.

I believe the conduct of **Dan Ellis, Jen Sweeney,** and others involved has been influenced by personal relationships, institutional bias, and improper coordination with outside agencies or associates. This pattern has deprived me of fair treatment, objectivity, and due process under both state and federal law.

---

**Requested Federal Protections**

I respectfully request that this Court:

**1. Issue an injunction preventing any further adverse, retaliatory, or coercive actions by probation officials or Intimate Partners Program (IPP) staff,** including but not limited to:

- Initiation of new alleged violations;

- Referrals or recommendations to the court;

- Any form of punitive or reputational action;
pending an **independent federal oversight investigation.**

6/10

2. **Require that all future communications, evaluations, or reports related to my probation or mental-health status be conducted under the supervision or verification of a neutral third party** unaffiliated with the Intimate Partners Program or Essex County Probation Department, to eliminate any appearance or reality of bias or conflict of interest.

3. **Recognize my indigency** and continue this matter *in forma pauperis*, with all service of process to be completed by the U.S. Marshal.

4. **Direct coordination between this Court, the FBI Civil Rights Division, and the U.S. Department of Justice Office for Civil Rights**, to ensure that ongoing investigations into retaliation, ADA discrimination, and abuse of authority by probation and IPP officials are protected from interference or influence by any individuals connected to Mr. Ellis or his network of contacts.

5. **Restrict all further testing, reporting requirements, or new conditions of supervision** until impartial federal review determines whether the IPP's conduct, practices, and affiliations violated due process or anti-discrimination protections.

---

This relief is requested under **28 U.S.C. § 1915(e), 42 U.S.C. § 1983, and Federal Rule of Civil Procedure 65**, as necessary to preserve my constitutional rights, prevent irreparable harm, and ensure independent oversight free from local influence, bias, or intimidation.

I ask that the Court ensure that no person with personal, professional, or financial ties to **Dan Ellis** or his affiliated agencies have access to, or involvement in, this proceeding until full oversight is in place.

Respectfully Submitted,
/s/ Marc Nicholaus Bernhardt
44 Bridge Road
Salisbury, MA 01952
Phone: 978-880-0302
Email: marcnbernhardt@gmail.com
Date: **October 15, 2025**