# UNITED STATES DISTRICT COURT

Oct 15, 2025

UNITED STATES DISTRICT COURT

**DISTRICT OF MASSACHUSETTS**
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300 Boston, MA 02210

**Marc Nicholaus Bernhardt, Plaintiff**

v.

**Dan Ellis, Jen Sweeney, James Klotz, TD Bank, Kelly Noyes (deceased), John Doe(s) 1–5, and Jane Doe(s) 1–5, Defendants**

Case No. 1:25-cv-12969-RGS

## AMENDED STATEMENT OF PARTIES AND NOTICE TO PROBATION AND INTIMATE PARTNERS PROGRAM (IPP)

To the Honorable Court and All Parties in Interest:

Pursuant to Federal Rule of Civil Procedure 15 and this Court's inherent authority to ensure fair process for indigent litigants, the Plaintiff submits this amended statement of parties and notice.

### 1. Purpose

This filing serves to:

a. Add unnamed parties whose identities are not yet known ("John Doe" and "Jane Doe") who acted individually or collectively under color of state law within the Essex County Probation Department and the Intimate Partners Program (IPP).

b. Formally place Probation and IPP administrators on notice that the Plaintiff alleges a pattern of retaliation, bias, and coordinated interference with constitutional and civil rights protected under 42 U.S.C. § 1983 and the Americans with Disabilities Act (ADA).

c. Preserve claims against any supervisors, contractors, or associated entities who directly or indirectly participated in or enabled such conduct.

### 2. Scope of Notice

This Notice applies to, without limitation:

- **Dan Ellis,** Program Director (IPP)

- **Jen Sweeney,** Probation Officer

9/10

- **John/Jane Doe Supervisors**, Probation Administration, Essex County

- **John/Jane Doe Contract Facilitators**, IPP staff and/or partner agencies

- **John/Jane Doe Oversight Officials**, including any state employees or contractors with direct knowledge of or involvement in the retaliatory acts described in Plaintiff's prior filings.

The Plaintiff believes that these individuals and entities engaged in a coordinated pattern of psychological pressure, harassment, and discriminatory treatment during his participation in the IPP program and probation supervision. These actions interfered with federal rights, caused irreparable emotional and financial harm, and created barriers to reunification with family and care of his late father.

---

### 3. Request for Judicial Acknowledgment

The Plaintiff requests that this Court:

1. Acknowledge and accept this amendment to the case caption to include "John Doe(s) 1–5" and "Jane Doe(s) 1–5" as placeholder defendants pending discovery of their identities;

2. Note that formal notice is hereby given to Probation and IPP administrations of federal civil rights claims under 42 U.S.C. § 1983, ADA, and Section 504 of the Rehabilitation Act; and

3. Preserve Plaintiff's right to seek discovery, subpoenas, and independent investigative oversight regarding the involvement of unnamed officials and their relationships with Defendant Dan Ellis.

Respectfully submitted,
/s/ Marc Nicholaus Bernhardt
44 Bridge Road Salisbury, MA 01952
Phone: 978-880-0302
Email: marcnbernhardt@gmail.com
Date: **October 15, 2025**