**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

**ATTN: Jacqueline Martin**
Clerk of Court

**RE: Case No. 1:25-cv-12969-RGS**
Marc Nicholaus Bernhardt v. Ellis et al.

Dear Ms. Martin,

I respectfully submit this letter to formally notify the Court of my updated mailing address and to explain why I did not receive prior correspondence that was issued in this matter.

At the time I initiated this federal action, I had recently moved from 44 Bridge Road, Salisbury, Massachusetts to my current residence listed below. Unfortunately, I believed that my address update had been properly reflected, but I have since learned that multiple notices and filings were still being sent to my former Salisbury address. As a result, I did not receive important court correspondence in a timely manner.

My current address and contact information are as follows:

Marc Nicholaus Bernhardt
46 School Street, Apt. #6
Rockport, MA 01966
Phone: 978-880-0302
Email: marcnbernhardt@gmail.com

I respectfully apologize to the Court for any confusion or delay caused by this address issue. I would never knowingly ignore any communication from the Court. I take my responsibilities as a pro se litigant with the utmost seriousness and in good faith.

I also respectfully request additional time to respond to any outstanding orders, deadlines, or directives that may have been issued while correspondence was being sent to the incorrect address. Since October 2025, I have also suffered the loss of my father and experienced significant personal hardship while continuing to seek lawful employment and comply with all legal obligations. These circumstances further affected my ability to detect and correct the mailing issue sooner.

I respectfully request that all future correspondence be sent to my Rockport address listed above, effective immediately, and that I be granted reasonable additional time to fully comply with all court instructions once proper notice has been received.

Thank you for your time, professionalism, and assistance in this matter. I remain committed to full compliance with all Court procedures and orders.

Respectfully submitted,

Marc Nicholaus Bernhardt
Pro Se Plaintiff
Date: December 2025