UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Marc Nicholaus Bernhardt**
    Plaintiff

V.

CIVIL ACTION

NO. **1:25-cv-12969-RGS**

**Ellis et al**
    Defendants

**ORDER OF DISMISSAL**

Stearns, D. J.

    In accordance with the Court's Order entered December 23, 2025 [Doc. No. 9] it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

12/24/2025
Date

/s/ Jacqueline Martin
Deputy Clerk